# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD C. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>Defendants. | **FILED**<br>JAN 19 2006<br>WILLIAM B. GUTHRIE<br>Clerk, U.S. District Court<br>By:_____<br>Deputy Clerk<br><br>Case No. CIV-04-570-WH |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 3, 2006, Magistrate Judge West entered Findings and Recommendations, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 19th day of January, 2006.

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**