# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD C. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>Defendants. | FILED<br>JAN 19 2006<br>WILLIAM B. GUTHRIE<br>Clerk, U.S. District Court<br>By:_____<br>Deputy Clerk<br><br>Case No. CIV-04-570-WH |

## JUDGMENT

By Order entered this date, this Court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 19th day of January, 2006.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**